UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2021

Vuppala,

Plaintiff,

—v—

Keratinbar Inc., *et al.*,

Defendants.

21-cv-00428 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The conference in this matter scheduled for July 2, 2021 is adjourned *sine die.* By July 2, 2021, Plaintiff is to submit a letter to the Court explaining why it has failed to serve the amended complaint within 90 days on Defendant 152-54 Seventh Avenue LLC as prescribed by Federal Rules of Civil Procedure 4(m). If the Plaintiff fails to comply with these instructions, the Court will dismiss the case against Defendant 152-54 Seventh Avenue LLC.

In the letter, Plaintiff shall also inform the Court of whether it intends to move for default judgment against Defendant Keratinbar Inc.

SO ORDERED.

Dated: June 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge