UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vuppala,

                Plaintiff,

–v–

Keratinbar Inc., *et al.*,

                Defendants.

21-cv-0428 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2021

ALISON J. NATHAN, District Judge:

    Plaintiff served Defendants on July 1, 2021 and their responses were due July 22, 2021.

If Plaintiff intends to move for default judgment, Plaintiff is instructed to do so by September 1, 2021.

SO ORDERED.

Dated: August 5, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge