```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vuppala,

                Plaintiff,

–v–

Keratinbar, Inc. d/b/a/ Keratinbar Chelsea NYC et al.,

                Defendants.

21-cv-428 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court held an initial pre-trial conference in this matter today. The Court grants the plaintiff's motion for leave to file an amended complaint to include the correct Tenant Defendant. Dkt. No. 31.

      The initial pre-trial conference is adjourned to March 25, 2022 at 3:30 p.m. The parties are ordered to provide a joint status letter and proposed case management plan by March 18, 2022. The plaintiff is also ordered to serve the amended complaint and this scheduling order on the corrected defendant, Sana K Corp., a New York corporation, d/b/a Keratinbar Chelsea.

SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge