UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vuppala,

             Plaintiff,

    –v–

Keratinbar Inc. et al.,

             Defendants.

21-cv-428 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will refer this case to Magistrate Judge Gorenstein for general pretrial management by separate order. The initial pretrial conference scheduled for March 25, 2022 is hereby canceled.

SO ORDERED.

Dated: March 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge